UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| HYBRID PROMOTIONS, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, an Indiana corporation,<br><br>Defendant. | Case No. 8:18-cv-00891-JVS-MRW<br><br>**JUDGMENT GRANTING DEFENDANT FEDERAL INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>Date: November 19, 2018<br>Time: 1:30 p.m.<br>Place: Courtroom 10C<br>Judge: Hon. James V. Selna |

JS-6

4065274

Case No. 8:18-cv-00891-JVS-MRW

[PROPOSED] JUDGMENT GRANTING DEFENDANT FEDERAL INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AND SECOND CAUSES OF ACTION

# JUDGMENT

The Court has granted the Cross-Motion of Defendant Federal Insurance Company for Summary judgment.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Hybrid Promotions, LLC take nothing by way of its complaint and that the complaint be dismissed on the merits and in Federal Insurance Company's favor. Federal Insurance Company shall recover its costs.

**IT IS SO ORDERED.**

DATED this 28th day of November, 2018

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

CLYDE & CO US LLP
101 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 365-9800

4065274

2

Case No. 8:18-cv-00891-JVS-MRW

[PROPOSED] JUDGMENT GRANTING DEFENDANT FEDERAL INSURANCE COMPANY'S CROSS-MOTION FOR SUMMARY JUDGMENT ON PLAINTIFF'S FIRST AND SECOND CAUSES OF ACTION